TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-97-00681-CR

Lamar Isaiah Fontenot, Appellant

v.

The State of Texas, Appellee

FROM THE COUNTY COURT AT LAW OF LIBERTY COUNTY

NO. 57969, HONORABLE CHAP B. CAIN, III, JUDGE PRESIDING

PER CURIAM

A jury found appellant guilty of unlawfully carrying a handgun. The county court at law
assessed punishment at incarceration for one year and a $200, suspended imposition of sentence, and
placed appellant on community supervision.

Appellant represents himself on appeal. A reporter's record was not requested. See Tex.
R. App. P. 37.3(c)(1). Appellant did not file a brief or respond to this Court's notices. See Tex. R. App.
P. 38.8(b)(4). We have examined the record before us and find no fundamental error that should be
considered in the interest of justice.

The judgment of conviction is affirmed.

Before Chief Justice Carroll, Justices Jones and Kidd

Affirmed

Filed: January 23, 1998

Do Not Publish